# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

162148

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

NATHAN ALLEN HAWK,
　　　　　Defendant-Appellant.

SC: 162148
COA: 352574
Oceana CC: 19-013712-FH

_____/

By order of March 24, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the August 27, 2020 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk

p0623